# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emily B. Kile, et al., | No. CV-20-08101-PCT-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Department of Health and Human Services, | |
| Defendant. | |

After initial review of Plaintiffs' Complaint and documents, (Docs. 1, 2, 4, 7), the Court finds that Plaintiffs are in violation of Fed. R. Civ. P. 5.2 and must file a redacted Complaint and documents forthwith. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to file the Complaint and documents (Docs. 1, 2, 4, 7) under seal.

**IT IS FURTHER ORDERED** that Plaintiffs shall file the redacted Complaint and documents on or before **4:00 p.m. on April 29, 2020**.

Dated this 28th day of April, 2020.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge