# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emily B. Kile, et al., | No. CV-20-08101-PCT-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Department of Health and Human Services, | |
| Defendant. | |

Before the Court is the parties' Stipulation for Dismissal (Doc. 94). Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation for Dismissal (Doc. 94).

**IT IS FURTHER ORDERED** vacating the Final Pretrial Conference set for March 18, 2022 at 10:00 a.m.

**IT IS FURTHER ORDERED** dismissing this matter with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 3rd day of March, 2022.

G. Murray Snow
Chief United States District Judge